## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE: | CASE NO: 07-30992 |
| WILLIAM M AYLES | (Chapter 13) |
| Debtor | JUDGE GUY R. HUMPHREY |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4034554**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 7/ 8 | AMERICAN DEBT COLLECTION<br>BOX 29117<br>COLUMBUS, OH  43229 | 9.16 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 9/9/2010

Certificate of Service                                    07-30992

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class
mail to each of the following on the date of the electronic filing.


OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH 43215

WILLIAM M AYLES                    MICHAEL J ELLERBROCK              (8.1)
2152 GIPSY DRIVE                   4403 N MAIN ST                   AMERICAN DEBT COLLECTION
DAYTON, OH 45414                   DAYTON, OH 45405                 BOX 29117
                                                                    COLUMBUS, OH 43229

(22.1n)                            (18.1n)                          (20.1n)
HOMEQ SERVICING CORPORATION        HOUSEHOLD REALTY CORP            PRA
6 EXECUTIVE CIRCLE                 961 WEIGEL DRIVE                 PORTFOLIO RECOVERY ASSOC
SUITE 100                          BOX 8606                        BOX 41067
IRVINE, CA 92614                   ELMHURST, IL 60126              NORFOLK, VA 23541

(21.1n)
SCOTT M ENGLE
DBA CHOICE ONE APPRAISAL
216 N THIRD ST
TIPP CITY, OH 45371

          Jeffrey M. Kellner BY        /s/ Jeffrey M. Kellner                    sv


0730992_42_20100909_0854_278/T317_sv
###